ACCEPTED
03-14-00418-CV
4675180
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/27/2015 2:21:33 PM
JEFFREY D. KYLE
CLERK

# ALAN B. RICH

*Attorney and Counselor*

**4244 Renaissance Tower**
**1201 Elm Street**
**Dallas, Texas  75270**

**Board Certified, Civil Appellate Law**
**Texas Board of Legal Specialization**
Also Admitted in the State of Illinois

**Telephone 214.744.5100**
**Fax: 214.744.5104**
**E-Mail: arich@alanrichlaw.com**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/27/2015 2:21:33 PM
JEFFREY D. KYLE
Clerk

March 27, 2015

VIA E-FILING

Jeffrey D. Kyle, Clerk
Court of Appeals
Third District of Texas
P.O. Box 12547, Austin, Texas 78711-2547

      RE:    Court of Appeals Number: 03-14-00418-CV
             Trial Court Case Number: D-1-GN-14-001142

      Style:  Keith H. Lamy and Keith H. Lamy, MD., P.A. v. John Hancock Life & Health
             Insurance Company

Dear Mr. Kyle:

     I received you letter of March 24, 2015.  As requested, I am writing to confirm that I will be presenting argument for the Appellants.

                 Very truly yours,

                 Alan B. Rich

ABR/hs

cc:    William S. Rhea (via eFiling)